UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

HEATHER G. DECKARD,                           )
                                              )
                    Plaintiff,                )
                                              )
        v.                                    )        No. 4:20-cv-00074-SEB-DML
                                              )
ANDREW M. SAUL Commissioner of the Social     )
Security Administration,                      )
                                              )
                    Defendant.                )

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge submitted her Report and Recommendation regarding Plaintiff's

Failure to comply with the Court's order and failure to prosecute her claims. The parties were

afforded due opportunity pursuant to statute and the rules of this Court to file objections; none of

the parties filed an objection. The Court, having considered the Magistrate Judge's Report and

Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation.

Plaintiff's Complaint is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.


Date: ___8/10/2020_____                  _____
                                               SARAH EVANS BARKER, JUDGE
                                               United States District Court
                                               Southern District of Indiana


Distribution:

HEATHER G. DECKARD
5082 N County Rd 100 W
Orleans, IN 47452

Alison T. Schwartz
SOCIAL SECURITY ADMINISTRATION
alison.schwartz@ssa.gov

Julian Clifford Wierenga
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
julian.wierenga@usdoj.gov